UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEMUEL M. JOYNER,
    Plaintiff,

v.

MERS, PATHWAY FINANCIAL LLC.,
PRESIDENT MILO LOOP,
CITIMORTGAGE INC., CFO PAUL INCE,
and ORLANS ASSOCIATES P.C.,
    Defendants,
    _____/

Case No. 10-1912
Honorable Patrick J. Duggan

## **JUDGMENT**

This matter is before the Court on various motions to dismiss and for judgment on the pleadings filed by defendants. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motions are granted and Plaintiff's Complaint is **DISMISSED**.

                                    s/PATRICK J. DUGGAN
                                    UNITED STATES DISTRICT JUDGE

Date: August 27, 2010

Copy to:
Lemuel M Joyner
15435 Ashton
Detroit, MI 48223

Krista L. Lenart, Esq.
Timothy B. Meyers, Esq.